IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KEVIN LYNN REVELS, #654284 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv65 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice as improvidently filed and pursuant to the sanctions previously imposed against Revels. All motions not previously ruled on are hereby **DENIED**. The Clerk of Court is reminded not to accept any future filings from Revels until all sanctions are paid and he has permission to file from a judge of this Court.

**So ORDERED and SIGNED this 23rd day of March, 2011.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**